# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Theresa Beard, | Case No. 2:25-cv-02260-DJA |
| Plaintiff, | |
| v. | **Order** |
| Progressive Casualty Insurance Company, | |
| Defendant. | |

Before the Court is pro se Plaintiff Theresa Beard's motion to correct filing. (ECF No. 7). In it, she explains that she inadvertently submitted her complaint without a signature and so, she has submitted a signed version of the complaint that does not change the substance of the original. Plaintiff separately filed her signed complaint on the docket with the docket entry titled "amended complaint." (ECF No. 8).

The Court liberally construes Plaintiff's motion to correct filing as one to submit an erratum under Local Rule IC 2-2(h), rather than a motion to amend under Federal Rule of Civil Procedure 15. But the Court denies it because Plaintiff's corrected complaint is missing the documents that Plaintiff attached to her original. (ECF No. 2 at 5-11, 13-15). Plaintiff's corrected complaint must contain all the documents attached to her original. This is because the Court cannot piecemeal Plaintiff's complaint together from multiple documents and Defendant cannot respond to a complaint that spans multiple documents. A complaint must be complete in itself.

The Court will therefore deny Plaintiff's motion without prejudice, strike her corrected complaint, and give her another chance to file a corrected complaint. Plaintiff must file a notice of erratum along with the corrected complaint, which notice must explain the changes to the corrected document. The complaint must be complete in itself. If the corrected complaint is missing any documents or makes any substantive changes, the Court will consider it under the

Federal Rule of Civil Procedure 15 amendment standard, rather than considering it to be an erratum.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to correct filing (ECF No. 7) is **denied without prejudice.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **strike** the amended complaint filed at ECF No. 8.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **December 22, 2025**, to file a notice of erratum attaching a corrected complaint that is complete in itself. **Failure to timely comply with this order may result in the recommended dismissal of this case.**

DATED: November 20, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE