UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Theresa Beard,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Progressive Casualty Insurance Company,<br><br>　　　　　　Defendant. | Case No. 2:25-cv-02260-DJA<br><br>**Order** |

Before the Court is Defendant Progressive Casualty Insurance Company's motion to extend time to respond to pro se Plaintiff Theresa Beard's complaint. (ECF No. 13). Defendant explains that its counsel requires a few additional weeks to respond given the heavy end-of-year caseloads, the holidays and to fully review the facts of the case. The Court finds that Defendant has shown good cause for the extension it seeks. *See* Fed. R. Civ. P. 6(b).

**IT IS THEREFORE ORDERED** that Defendant's motion to extend time (ECF No. 13) is **granted.** Defendant's response to Plaintiff's complaint is due **December 30, 2025.** The Clerk of Court is kindly directed to send a copy of this order to Plaintiff.

DATED: December 22, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　DANIEL J. ALBREGTS
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE