**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Theresa Beard, | Case No. 2:25-cv-02260-DJA |
| Plaintiff, | |
| v. | **Order** |
| Progressive Casualty Insurance Company, | |
| Defendant. | |

Before the Court is pro se Plaintiff's motion to dismiss, which she filed as a stipulation for dismissal with prejudice. (ECF No. 43). Plaintiff filed her motion to dismiss under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which provides that a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. However, Plaintiff's motion is only signed by her, so it is not a stipulation. *See* LR 7-1(a) (requiring that stipulations be signed by all parties who have appeared or their attorneys). Nonetheless, Defendant has filed a non-opposition to Plaintiff's motion, explaining that the parties executed a settlement in this case in April of 2026, and that Defendant has attempted to have Plaintiff sign a stipulation for dismissal for several months, but Plaintiff was not responsive. (ECF No. 44). So, the Court grants Plaintiff's motion to dismiss.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to dismiss (ECF No. 43) is **granted** and this case is **dismissed with prejudice.** The Clerk of Court is kindly directed to **close this case** and to **send** Plaintiff a copy of this order.

DATED: June 9, 2026,

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE